Randall J. Sunshine, Esq. (SBN: 137363)
  rsunshine@linerlaw.com
Angela C. Agrusa, Esq. (SBN: 131337)
  aagrusa@linerlaw.com
David B. Farkas, Esq. (SBN: 257137)
  dfarkas@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Defendant
Best Western International, Inc.

Eric Grover, Esq. (SBN: 136080)
  eagrover@kellergrover.com
Carey G. Been, Esq. (SBN: 240996)
  cbeen@kellergrover.com
KELLER GROVER LLP
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
Latroya Simpson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-04672<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Honorable Magistrate Judge Joseph C. Spero<br><br>Date: October 19, 2012<br>Time: 9:30 a.m.<br>Courtroom: G<br><br>[Declaration of David B. Farkas submitted concurrently herewith] |

Case No. 3:12-cv-04672
STIP AND ORDER TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HRG ON DEFENDANT'S
MTN TO DISMISS AND MTN TO TRANSFER VENUE

41390/001/ 1002750v5.1

1     Plaintiff Latroya Simpson ("Plaintiff") and Defendant Best Western International, Inc. ("Defendant"), by and through their undersigned attorneys, hereby stipulate as follows:

    WHEREAS, on June 20, 2012, Plaintiff filed the Complaint in this action in the Superior Court of the State of California for the County of Alameda;

    WHEREAS, on September 7, 2012, Defendant timely removed the case to this Court;

    WHEREAS, on September 14, 2012, Defendant timely filed a Motion to Transfer Venue to the Central District of California (Docket No. 5) and a Motion to Dismiss/Motion to Strike Plaintiff's Complaint (Docket No. 8);

    WHEREAS, Defendant's Motions are currently set for hearing on October 19, 2012 at 9:30 a.m. in Courtroom G of the above-entitled Court;

    WHEREAS, Plaintiff's Oppositions to Defendant's Motions are currently due on September 28, 2012 and whereas Defendant's Replies in Support of its Motions are currently due on October 5, 2012; and

    WHEREAS, Plaintiff has requested a one-week extension for her deadline to file an Opposition to Defendant's Motions, and whereas Defendant has agreed to that extension;

//
//
//

**THEREFORE**, Plaintiff and Defendant stipulate, subject to the Court's approval, that:

1. Plaintiff's Oppositions to Defendant's Motion to Dismiss and Motion to Transfer Venue to the Central District shall be due on October 9, 2012;
2. Defendant's Replies in Support of its Motion to Dismiss and Motion to Transfer Venue to the Central District shall be due on October 23, 2012;
3. The hearing on Defendant's Motion to Transfer Venue to the Central District of California and Motion to Dismiss/Strike Plaintiff's Complaint, currently set for October 19, 2012 at 9:30 a.m., is continued to November 9, 2012 at 9:30 a.m. in Courtroom G of the above-entitled Court.

Dated: September 25, 2012                LINER GRODE STEIN YANKELEVITZ
                                         SUNSHINE REGENSTREIF & TAYLOR LLP


                                         By: /s/ Angela C. Agrusa
                                             Angela C. Agrusa, Esq.
                                             Attorneys for Defendant
                                             Best Western International, Inc.


Dated: September 25, 2012                KELLER GROVER LLP




                                         By: /s/ Eric Grover
                                             Eric Grover, Esq.
                                             Attorneys for Plaintiff Latroya
                                             Simpson



**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___September 26___, 2012          /s/ Joseph C. Spero
                                         Honorable Magistrate Judge
                                         Joseph C. Spero

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On , I served the within document(s) described as:

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

on the interested parties in this action as stated below:

Eric Grover, Esq.
Carey G. Been, Esq.
KELLER GROVER LLP
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
Email: eagrover@kellergrover.com
Email: cbeen@kellergrover.com

[X] (BY E-MAIL) By transmittal of the foregoing document to the email addresses set forth above through the Court's CM/ECF filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 25, 2012, at Los Angeles, California.

Elsa Critser
(Type or print name)          (Signature)