```
 1  Angela C. Agrusa, Esq. (SBN: 131337)
       aagrusa@linerlaw.com
 2  Randall J. Sunshine, Esq. (SBN: 137363)
       rsunshine@linerlaw.com
 3  David B. Farkas, Esq. (SBN: 257137)
       dfarkas@linerlaw.com
 4  LINER GRODE STEIN YANKELEVITZ
    SUNSHINE REGENSTREIF & TAYLOR LLP
 5  1100 Glendon Avenue, 14th Floor
    Los Angeles, California 90024-3503
 6  Telephone:  (310) 500-3500
    Facsimile:  (310) 500-3501
 7
    Attorneys for Defendant
 8  BEST WESTERN INTERNATIONAL, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>vs.<br>BEST WESTERN INTERNATIONAL, INC.; and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 3:12-cv-04672-JCS<br><br>**STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: June 20, 2012 |

Case No. 3:12-cv-04672-JCS

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Latroya
2  Simpson ("Plaintiff") and Defendant Best Western International, Inc. ("Defendant"),
3  by and through their designated counsel, hereby stipulate and agree that the above-
4  captioned action be and hereby is dismissed with prejudice as to Plaintiff's individual
5  claims and without prejudice to the alleged putative class actions claims. The parties
6  further stipulate and agree that each party shall bear their own costs and attorneys'
7  fees associated with this action and dismissal.

8      IT IS SO STIPULATED.

10 Dated: March 15, 2013

11                               KELLER GROVER LLP

13                               By: /s/ Eric A. Grover
14                                     Eric A. Grover
                                     Rachael G. Jung
                                     Attorneys for Plaintiff
                                     LATROYA SIMPSON

17                               LINER GRODE STEIN YANKELEVITZ
                              SUNSHINE REGENSTREIF & TAYLOR LLP

20                               By: /s/ Angela C. Agrusa
                                    Angela C. Agrusa
                                     Randall J. Sunshine
                                     David B. Farkas
                                     Attorneys for Defendant
                                     BEST WESTERN
                                     INTERNATIONAL, INC.

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | This action is dismissed in its entirety pursuant to Federal Rule of Civil |
| 3 | Procedure 41(a)(1)(A)(ii). Plaintiff's individual claims are dismissed with prejudice, |
| 4 | and the claims of the putative class are dismissed without prejudice. Each party shall |
| 5 | bear its own costs and attorneys' fees associated with this action and the dismissal. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: March __19__, 2013 |
| 9 | Hon. _____ Judge United States District Court |

Case No. 3:12-cv-04672-JCS
STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER

41390/001/ 1011744v1.6

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On March 15, 2013, I served the within document(s) described as:

**STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

on the interested parties in this action as stated below:

| | |
|---|---|
| Eric A. Grover, Esq. <br> Rachel G. Jung, Esq. <br> KELLER GROVER LLP <br> 1965 Market Street <br> San Francisco, California 94103 <br> Telephone: (415) 543-1305 <br> Facsimile: (415) 543-7861 <br> Email: eagrover@kellergrover.com <br> Email: rjung@kellergrover.com <br> *Attorneys for Plaintiff* | Scot Bernstein, Esq. <br> LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION <br> 101 Parkshore Drive, Suite 100 <br> Folsom, California 95630 <br> Telephone: (916) 447-0100 <br> Facsimile: (916) 933-5533 <br> Email: swampadero@sbernsteinlaw.com <br> *Attorneys for Plaintiff* |

[X] (BY MAIL) By transmittal of the foregoing document to the e-mail addresses set forth above through the Court's CM/ECF filing system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2013, at Los Angeles, California.

| Elsa Critser | *[Signature]* |
|---|---|
| (Type or print name) | (Signature) |

Case No. 3:12-cv-04672-JCS
STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER

41390/001/ 1011744v1.6